MAURICE HANSEN ET AL. *v.* CITY OF
NEW HAVEN ET AL.
(13380)

DUPONT, C. J., and SCHALLER and SPEAR, Js.

Argued April 20—decision released May 23, 1995

*Frank P. Cannatelli,* for the appellants-appellees (plaintiffs).

*Steven L. Sanalot,* assistant corporation counsel, with whom, on the brief was *Aileen M. Bell,* former deputy corporation counsel, for the appellees-appellants (defendants).

PER CURIAM. The judgment is affirmed.